# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140385(57)

IRENE M. BROWN and GARY N. BROWN,
        Plaintiffs-Appellees,

v

SC: 140385
COA: 283521
Oakland CC: 2006-076956-NO

TAUBMAN COMPANY, L.L.C.,
SOUTHEAST SERVICE CORPORATION,
d/b/a SSC SERVICE SOLUTIONS, and IPC
INTERNATIONAL CORPORATION,
        Defendants-Appellants.

_____

On order of the Chief Justice, the motion by John A. Braden for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk